UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,
v.
LARRY HOUSEHOLDER
Defendant.

Case No. 1:20-mj-00525

**CRIMINAL MINUTES before**
**Magistrate Judge Stephanie K. Bowman**

Courtroom Deputy: **Kevin Moser**
Court Reporter: CourtSmart (Session ID # _1428_ )    Date/Time: 7/21/20 @ 1:00 PM
United States Attorney: Emily Glatfelter    *(SEE REMARKS)*
Defendant Attorney: ~~David Axelrod (Retained)~~ *DAVID THOMAS* Interpreter:    N/A
☐ By telephone ☒ By videoconferencing ☒ Deft ⟨does⟩/does not consent to proceed
*Initial Appearance:* ☒ *Complaint;* ☐*Indictment;* ☐*Information;* ☐*petition for supervised release* ☐*Rule 5(c)/32.1 Proceedings*
☒ *Counsel present* ☐ *Superseding Indictment* ☐ *Pretrial Release Violation*
☒ Defendant informed of charges and potential penalties ☐ Defendant informed of nature of supervised release violation(s)
☒ Defendant informed of his / her rights ☐ Defendant provided copy of charging document ☒ copy provided to counsel (if sealed)
☐ Government moves for defendant to be detained pending detention hearing _____ *(REDACTED VERSION)*
☐ Financial affidavit presented to the Court/Defendant ☒ Defendant informed of right to consulate notification (if applicable)
☐ Counsel appointed (☐ FPD ☐ CJA) ☒ Charging document unsealed upon oral motion of the United States *(REDACTED VERSION)*

*Detention:* ☐Defendant to be detained pending trial pursuant to pretrial detention order ☐ Defendant did not contest detention at this time
Plaintiff Witness _____    ☐ Detention is moot - serving state sentence
Defendant Witness_____    ☐ Home Incarceration
☒OR ☐ Secured with _____ ☐Electronic Monitor ☐ Other ☐ Home Detention ☐ Curfew
_____ ☐Location Monitoring ☐ GPS ☐ RF

Special Conditions of Release:☐Pretrial/Probation Supervision☐ Drug testing & Treatment☐maintain employment & verify
☐refrain from all/excessive alcohol ☐narcotic drugs unless prescribed☒use/possession of firearms ☒Travel Restricted to *SDOH*
☒ no contact with any potential victim or witness, to include co-defendants ☐ resolve all outstanding warrants ☒ Surrender Passport*
*DO NOT OBTAIN PASSPORT; FIREARMS TO BE REMOVED* ☐Mental Health Eval/Treatment
*Pretrial Bond Violation Hearing:* *FROM HOME BY 7/22/20 @ 5:00 PM*
☐ bond revoked - defendant detained pending trial ☐bond continued ☐bond modified: _____

Preliminary Exam Hearing set _8/6/20 @ 1:30 PM BEFORE MJ LITKOVITZ_
*Preliminary Exam:*☐Probable Cause found;☐not found; ☐ waived;☐bond continued/denied
AUSA Witnesses:_____    Defendant Witnesses: _____

AUSA Exhibits:_____    Defendant Exhibits: _____

*Arraignment on* ☐ *Indictment* ☐ *Superseding Indictment* ☐ *Information* ☐ *Misdemeanor Information:*
Defendant waives reading ☐    Defendant pleads: ☐GUILTY ☐ NOT GUILTY
☐ PSI ordered    ☐ Sentencing set for _____
☐ Case to proceed before

*Removal Hearing (Rule 5c or Rule 32.1):*
☐ Defendant waives Identity Hearing    ☐ Defendant waives Detention Hearing in this district
☐ Defendant waives Preliminary Hearing in this district
☐ Commitment to Another District Ordered    ☐ Removed to _____
☐ Probable Cause Found
    ☐ Defendant to voluntarily report to charging district no later than
    _____

Remarks:

*ATTORNEY DAVID THOMAS REPRESENTING DEFT FOR THIS PROCEEDING ONLY. DEFT TO RETAIN COUNSEL.*