# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CASE NO. 1:20-mj-525 (1) |
| vs. | : | MAGISTRATE JUDGE BOWMAN |
| LARRY HOUSEHOLDER, | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE OF COUNSEL

David H. Thomas respectfully requests that the Court enter his appearance as counsel for Defendant, Larry Householder, in the above-captioned case.

Respectfully submitted,
**Taft Stettinius & Hollister LLP**

**/s/ David H. Thomas**
DAVID H. THOMAS
Ohio Supreme Court No. 0071492
65 East State Street, Suite 1000
Columbus, Ohio 43215
P: (614) 334-6199
F: (614) 221-2007
dthomas@taftlaw.com

Counsel for Defendant

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed with the Clerk of Court for the United States District Court for the Southern District of Ohio using the CM/ECF system, which will send notification of such filing to Assistant U.S. Attorneys Emily Glatfelter and Matthew Singer, 221 E. Fourth Street, Suite 400, Cincinnati, Ohio 45202, on July 24, 2020, by electronic mail.

                                        **/s/ David H. Thomas**
                                        DAVID H. THOMAS